# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| vs. § | Criminal No. **4:24-cr-00253-3** |
| § | |
| **KE SHAUN JOHNSON** § | |
| **Defendant.** § | |
| § | |

## APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Alamdar S. Hamdani, United States Attorney in and for the Southern District of Texas, petitioner herein, and shows to the Court that **KE SHAUN JOHNSON, D.O.B: 06/10/2004,** duly committed to the Harris County Jail, 701 N San Jacinto St, Houston, TX 77002, is a defendant in the above-captioned case which will be called for the purpose of an arraignment hearing in the United States District Court for the Southern District of Texas, Houston Division, on the 15th day of May,, 2024, at 02:00 PM , in Houston, Texas.

Petitioner where he now stands duly committed by law further represents that the Sheriff of Harris County, Texas, will release the defendant into the custody of the United States Marshal for the Southern District of Texas or any other authorized United States Marshal, upon this Writ, with the agreement and understanding that after the federal proceedings necessitated by the cause, he is to be returned by the said United States Marshal into the custody of the Sheriff of Harris County Jail, 701 N San Jacinto St, Houston, TX 77002, where he now stands duly committed by law.

WHEREFORE, petitioner prays the Court to issue a Writ of Habeas Corpus Ad Prosequendum directing the United States Marshal for the Southern District of Texas, or any other authorized United States Marshal, to produce the body of the said defendant before this Court on the 15th day of May, 2024 at 02:00 PM , so that he may be present in this cause at that time.

Respectfully submitted,

ALAMDAR S. HAMDANI
United States Attorney

By: /s/Lisa Collins

LISA COLLINS
Assistant United States Attorney
1000 Louisiana, Suite 2300
Houston, Texas 77002
(713) 567-9000 Phone
(713) 718-3300 Fax