IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
ENTERED
August 01, 2026
Nathan Ochsner, Clerk

**UNITED STATES OF AMERICA**

**v.** **Cr. No. H-24-253**

**KENNETH KELLEY**
**LORENZO JACKSON**

**ORDER**

The Court has considered the Joint Unopposed Motion for Continuance, wherein counsel for defendants have represented that more time is needed to conduct discovery, prepare pretrial motions, and prepare for trial, and that failure to grant a continuance would result in a miscarriage of justice.

Based on the representations made in the Joint Unopposed Motion for Continuance, the Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public, as well as the Defendant, to a speedy trial. The Court also finds that pursuant to Title 18 U.S.C. § 3161(h)(7)(A) & (B), failure to grant a continuance would result in a miscarriage of justice, and that a continuance is necessary to allow reasonable time for trial preparation.

The Joint Unopposed Motion for Continuance is therefore GRANTED. It is ORDERED that a period of excludable delay shall commence on, July 31, 2026, pursuant to Title 18 U.S.C. § 3161(h)(7)(A) & (B). The period of excludable delay shall end at commencement of trial or disposition of charges.

Pretrial motions shall be filed by November 2, 2026.

Responses shall be filed by November 23, 2026.

A pretrial conference is set for December 3, 2026 at 2:30 pm.

Trial in this case is set for December 7, 2026 at 9:00 am

SIGNED at Houston, Texas, on the 31st day of July 2026.

Honorable Alfred Bennett
United States District Judge